FILED

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 15 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSE CILIDONIO FIGEROA-GONZALEZ, a.k.a. Jose Celedonio Figeroa- Gonzalez,<br><br>    Petitioner,<br><br>  v.<br><br>ERIC H. HOLDER Jr., Attorney General,<br><br>    Respondent. | No. 08-71747<br><br>Agency No. A097-831-347<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 5, 2010[**]

Before:    RYMER, McKEOWN, and PAEZ, Circuit Judges.

    Jose Cilidonio Figeroa-Gonzalez, native and citizen of El Salvador, petitions

pro se for review of the Board of Immigration Appeals' order dismissing his appeal

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

from an immigration judge's decision denying his application for asylum, withholding of removal, and protection under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. Reviewing for substantial evidence, *Ochoa v. Gonzales*, 406 F.3d 1166, 1169 (9th Cir. 2005), we deny the petition for review.

The agency's finding that Figeroa-Gonzalez did not establish persecution on account of a particular social group is supported by substantial evidence. *See Ochoa v. Gonzales*, 406 F.3d at 1171 (social group comprised of business owners in Columbia who reject narco-trafficker demands too broad to qualify as a particularized social group). Accordingly, Figeroa-Gonzalez's asylum and withholding of removal claims fail. *See id*. at 1172.

Substantial evidence also supports the agency's denial of CAT relief because Figeroa-Gonzalez failed to establish that it is more likely than not he will be tortured in El Salvador. *See Wakkary v. Holder*, 558 F.3d 1049, 1067-68 (9th Cir. 2009).

**PETITION FOR REVIEW DENIED.**